United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO TALAVERA CASTRO,

Plaintiff,

v.

FCA US, LLC,

Defendant.

Case No. 24-cv-06274-NW

**ORDER TO SHOW CAUSE**

The Court set a pre-trial conference for April 1, 2026, with a deadline to file pre-trial materials by March 18, 2026.  ECF No. 25; *see* Standing Order for Civil Jury Trials, Section B. The parties failed to file any pre-trial materials by the deadline and, aside from a notice of appearance, have not filed anything in this case since April 22, 2025.  *See* ECF No. 22.

The Court VACATES the April 1, 2026 pre-trial conference.  The parties are ordered to show cause why they did not timely comply with Court pre-trial deadlines, and why this case should not be dismissed for failure to prosecute.  *See* Federal Rules of Civil Procedure 41(b), 16(f).  If a party opposes the order to show cause, by no later than **March 25, 2026**, the party must file an opposition of no more than 3 pages and serve it on the opposing party.  A hearing on the order to show cause is set for **Wednesday, April 1, 2026, at 2:00 p.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California.  The parties must appear at the hearing in person; no remote appearances are permitted.

**IT IS SO ORDERED.**

Dated: March 23, 2026

Noël Wise
United States District Judge