Larry Chae (SBN 268979)
Email: lchae@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
1888 Century Park East, 19th Floor
Los Angeles, CA  90067
Telephone:  (310) 929-4900
Facsimile:(310) 943-3838

Dara Tabesh (SBN 230434)
Email: dará.tabesh@ecotechlaw.com
ECOTECH LAW GROUP, P.C.
5 Third Street, Suite 700
San Francisco, CA 94103
Telephone: (415) 503-9164
Facsimile: (415) 651-8639

Attorneys for Plaintiff, SANTIAGO TALAVERA CASTRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC,<br><br>Defendant. | Case No.: 5:24-CV-06274-NW<br>*Judge: Hon. Noel Wise*<br><br>**RESPONSE TO COURT'S MARCH 23, 2026 MINUTE ORDER VACATING FINAL STATUS CONFERENCE (ECF NO. 28)** |

I, LARRY CHAE, declare as follows:

1. I am over the age of 18 and not a party to the action. I am an attorney at law, duly admitted and licensed to practice before all courts of this State. I am

1

RESPONSE TO COURT'S OSC

an attorney of STRATEGIC LEGAL PRACTICES, APC, located at 1888 Century Park East, 19th Floor, Los Angeles, CA 90067. I am one of the attorneys for Plaintiff, SANTIAGO TALAVERA CASTRO ("Plaintiff") in this action and my knowledge of the information and events described herein derives from a combination of my personal knowledge and a careful review of the file, relevant court records, and communications with other Plaintiff's counsel, and, if called as a witness, I could and would competently testify thereto.

2.     At the outset, I apologize to the Court for the lack of filings in advance of the Final Pretrial Conference.

3.     I was recently assigned to this matter (just this past Friday) to coordinate the pretrial meet and confer efforts along with the filing of the documents.  While I understand even this is a late assignment as the Court requires such efforts to have been completed weeks ago, I have been actively making efforts to meet and confer with Defendant's counsel to prepare the filings as quickly as possible.

4.     The parties were able to reach an agreement on the preparation of a Joint Pretrial Conference Statement just earlier today.  A copy of such statement was set to be filed today (once lead counsel Dara Tabesh was able to file his formal Notice of Appearance).  The delay in the filing arose due to an oral surgery Mr. Tabesh had this afternoon.

5.     As well, I am presently waiting on Defendant's counsel's further input on the jury instructions, list of participants, and exhibit list.  Upon receipt and final meet and confer on those matters, I anticipate filing those with the Court as soon as possible.

///

///

///

2

RESPONSE TO COURT'S OSC

6.   I understand the submissions were untimely and again, apologize to the Court.  However, I would request relief from the scheduling order in this regard to allow for the untimely submissions.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  March 24, 2026

_____/s/ Larry Chae_____
LARRY CHAE

RESPONSE TO COURT'S OSC

RESPONSE TO COURT'S OSC