Mark W. Skanes (SBN 322072)
Glenn Olives (SBN 196854)
**ROSEWALDORF LLP**
4100 W. Alameda Ave
Suite 300 PMB 1038
Burbank, California 91505
Telephone:   (518) 869-9200
Facsimile:   (518) 869-3334
Email: mskanes@rosewaldorf.com
          GOlives@rosewaldorf.com

Attorney for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO<br><br>          Plaintiff,<br><br>     vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: : 5:24-CV-06274-NW<br>Judge: Hon. Noel Wise<br><br>**DECLARATION OF GLEN F OLIVES, ESQ. IN RESPONSE TO COURT'S MARCH 23, 2026 MINUTE ORDER VACATING FINAL STATUS CONFERENCE (ECF NO. 28)** |

I, GLEN OLIVES, declare as follows:

1.     I am over the age of 18 and not a party to the action. I am an attorney at law, duly admitted and licensed to practice before all courts of this State. I am a partner with RoseWaldorf LLP, located at 4100 W. Alameda Avenue, Burbank, California, 91505. I am one of the attorneys for Defendant, FCA US, LLC ("Defendant") in this action and my knowledge of the information and events described herein derives from a combination of my personal knowledge and a careful review of the file, relevant court records, and communications with other Plaintiff's counsel, and, if called as a witness, I could and would competently testify thereto.

DECLARATION OF GLEN F OLIVES, ESQ. IN RESPONSE TO COURT'S MARCH 23, 2026 MINUTE ORDER VACATING FINAL STATUS CONFERENCE  (ECF NO. 28)

2.    At the outset, we also apologize to the Court for the lack of filings in advance of the Final Pretrial Conference.

3.    I was also recently assigned to this matter to serve as trial counsel in this matter.

4.    While triaging a significant number of overlapping trail dates, a partner with my office discovered late March 19, 2026, that the Court ordered deadlines in this matter had lapsed.  On March 20, 2026, we communicated with Plaintiff's Counsel's office in effort to determine who was assigned and responsible for engaging in the required meet and confer efforts and coordination of trial documents.

5.    Since this time, we have endeavored to work with Plaintiff's Counsel to prepare the filings as quickly as possible.

6.    As Plaintiff's Counsel reports, the parties were able to reach an agreement on the preparation and filing of a Joint Pretrial Conference Statement.

7.    As Plaintiff's Counsel reports we are working together to submit jury instructions, list of participants, and exhibit list and will file those with the Court as soon as possible.

8.    I will appear before the Court for the scheduled OSC hearing on April 1, 2026.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

9.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 25th day of March, 2026.


By: /s/Glen F Olives
       Glen F Olives, Esq.

DECLARATION OF GLEN F OLIVES, ESQ. IN RESPONSE TO COURT'S MARCH 23, 2026 MINUTE ORDER VACATING FINAL STATUS CONFERENCE  (ECF NO. 28)