Tionna Carvalho, State Bar No. 299010
tcarvalho@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
Email: emailservices@slpattorney.com

Attorneys for Plaintiff,
SANTIAGO TALAVERA CASTRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br><br>                    Plaintiff,<br><br>      vs.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | **Case No. 5:24-cv-06274-NW**<br><br>Hon. Noel  Wise<br>Dept. 3<br><br>**DECLARATION OF TIONNA CARVALHO IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Date: February 20, 2026<br>Time: 1:30 p.m. |

OSC DECLARATION

## **DECLARATION OF TIONNA CARVALHO**

I, Tionna Carvalho, declare as follows:

1.    I am an attorney admitted to the Bar of the State of California and the United States District Court, Northern District of California. I am a Partner with Strategic Legal Practices, APC ("SLP"), counsel of record for Plaintiff SANTIAGO TALAVERA CASTRO ("Plaintiff") in the above-entitled action.  My knowledge of the information and events described herein is derived from my personal knowledge, a careful review of the file and relevant court records, and communication with other counsel for Plaintiff, and firm staff.  If called as a witness, I could and would testify competently thereto.

2.    I respectfully submit this declaration in response to the Court's Order to Show Cause regarding the Parties' failure to comply with the Court's pre-trial deadlines.

3.    I serve as a supervising partner within SLP's pre-trial division. My role is limited to oversight of pre-trial litigation and settlement discussions. I am not trial counsel, do not supervise SLP's trial team, and do not oversee trial-related filings. SLP has a separate trial team that is responsible for handling trial-related filings and trials. It is my understanding that those attorneys will appear in any federal matters sufficiently in advance of any trial related work necessary to the case and meet all deadlines.

4.    As part of my supervision of this case in its pre-trial phase, I reviewed and signed the Complaint, drafted by former SLP associate Sanam Vaziri, making the two of us attorneys of record when the case was removed to this Court on September 5, 2024 (Dkt. 1). Ms. Vaziri's Notice of Disassociation was filed on January 23, 2025 (Dkt. 18). Attached hereto as **Exhibit 1** is information responsive to the Court's inquiry regarding Ms. Vaziri. This information was obtained based on my best efforts reviewing firm records.

5.    I also mediated this case with mediator Grant Woodruff on August 13,

-1-
OSC DECLARATION

2025. The case did not resolve.

6.    Once the case was removed to this Court, it was assigned to attorney Elizabeth Laroque for day-to-day handling. Her appearance was filed on September 12, 2024 (Dkt. 9). Ms. Laroque is not a member of SLP's trial team.

7.    On May 5, 2025, former SLP Senior Counsel, Rabiya Tirmizi, filed her notice of appearance (Dkt. 23). Ms. Tirmizi was not a member of SLP's trial team. Ms. Tirmizi's Notice of Disassociation was filed on March 31, 2026 (Dkt. 40). Attached hereto as **Exhibit 1** is information responsive to the Court's inquiry regarding Ms. Tirmizi. This information was obtained based on my best efforts reviewing firm records.

8.    Based on my review of the file, our internal calendaring system, and discussions with my colleagues, the pre-trial deadlines were docketed and delegated to the trial team. At the time of the March 18, 2026 pre-trial deadlines, it was my understanding that Larry Chae, Chief Trial Counsel, was overseeing the preparation of this case for trial, meeting and conferring, and would ensure that the trial documents would be timely submitted in compliance with this Court's orders. Mr. Chae is filing a supplemental declaration to explain how the lapse occurred that resulted in his late appearance and pre-trial filings.

9.    However, I regret that I did not discover the issue sooner and apologize to the Court for that. I understand it has resulted in a burden to the Court and a waste of judicial resources. I apologize to the Court for this and have escalated the issue internally so that the firm can improve internal processes.

10.    Further, I understand that Dara Tabesh, who regularly works on cases with our firm, including in federal court, has associated into this matter to assist Mr. Chae for trial purposes and to help ensure the matter proceeds smoothly on a going forward basis. As a result, his appearance was filed on March 23, 2026 (Dkt. 29).

11.    The below details sanctions were directed to me as counsel of record:

OSC DECLARATION

| | | | | |
|---|---|---|---|---|
| Cardona, Tiffany v. FCA US, LLC. | 3:24-cv-01848-JAH-KSC | Paid 03/10/2025 | $500 | Sanctioned February 28, 2025 for failure to attend a Court ordered hearing while on maternity leave |
| Mason, Christopher v. FCA US, LLC. | 3:24-cv-01849-DMS-KSC | Paid 03/10/2025 | $500 | Sanctioned February 28, 2025 for failure to attend a Court ordered hearing while on maternity leave |
| Shaw, David v. Nissan North America, Inc. | 23-CIV-05884 | Paid 4/29/2025 | $250 | Sanctioned March 24, 2025 regarding a missed CMC hearing |
| Fusilier, Brian v. FCA US, LLC. | CVRI2405410 | Paid 5/13/2025 | $250 | Sanctioned April 14, 2025 regarding untimely Proof of Service of Complaint |
| Pham, Kim v. FCA US, LLC. | CVRI2405816 | Paid 06/16/2025 | $250 | Sanctioned May 30, 2025 regarding untimely Proof of Service of Complaint |
| Anguiano, Delilah v. General Motors, LLC | CVPS2205014 | Paid 06/25/2025 | $250 | Sanctioned June 23, 2025 for failure to notify court of 664.6 provision in the settlement |
| Roper, Matthew v. Ford Motor Company | 3:25-cv-01254-RBM-KSC | Paid 9/8/2025 | $750 | Sanctioned September 5, 2025 for failure to timely file an ENE statement |
| Moore, Carol v. General Motors, LLC. | 24CV093751 | Paid 9/2/2025 | $500 | Sanctioned August 27, 2025 for failure to promptly request entry of Defendant's default |
| Baum, Kevin v. FCA US, LLC. | 24CU014814C | Paid 10/24/2025 | $750 | Sanctioned October 17, 2025 regarding former associate's later withdrawn discovery motion containing outdated information on the discovery dispute |
| Babaian v. Ford Motor | 2025CUBC038379 | Paid 12/26/2025 | $200 | Sanctioned December 3, 2025 for failure to promptly request entry of Defendant's default |
| Garcia v. Ford Motor | 22AVC00862 | Paid 3/31/2026 | $1500 | Sanctioned February 23, 2026 both counsel for failing to file a joint status report |
| Sanchez v. FCA US, LLC | 24CV03096 | Paid March 12, 2026 | $1500 | Sanctioned February 10, 2026 regarding failure to timely file Case Management Statement |
| Escalera v. General Motors, LLC | 24CV084948 | Paid 2/4/2026 | $750 | Sanctioned February 4, 2026 re failure to file trial documents |

OSC DECLARATION

| | | | | |
|---|---|---|---|---|
| Larios v. General Motors, LLC | 24CV081584 | Not yet due | $500 | Sanctioned March 17, 2026 re failure to appear in person |
| Kodamasimham v. Nissan North America, Inc. | 24CV104489 | Not yet due | $750 | Sanctioned March 13, 2026 re both parties failure to timely mediate |
| Gamino Gonzalez v. FCA US, LLC | 24CV081397 | Paid 3/27/2026 | $999 | Sanctioned March 16, 2026 re failure to comply with pre-trial orders and trial |
| Leonard Peete v. General Motors, LLC | 25STCV27489 | Paid 4/2/2026 | $150 | Sanctioned March 11, 2026 re untimely CMS |
| Efren Ramos v. FCA US, LLC | 23CV056209 | Paid 4/2/2026 | $750 | Sanctioned March 4, 2026 re failure to comply with pre-trial orders and file trial documents |
| Jovanna Caldera v. FCA US, LLC | 25STCV28679 | Paid 2/27/2026 | $150 | Sanctioned February 17, 2026 re failure to provide courtesy copy of the CMS |

12. The foregoing information was obtained based on my best efforts reviewing firm records. I am not aware of any other type of sanction or finding against me responsive to the Court's inquiry.

13. Finally, I would like to inform the Court that the firm is in the process of transitioning to a new case management system, aimed at streamlining oversight and assignment of the firm's deadlines. The transition is firm-wide and is expected to take several months to complete.

14. I sincerely apologize to this Court for the untimely submission of trial documents and our internal communications failures that failed to prevent this from occurring.

15. I respectfully request that this Court discharge its OSC re: sanctions in light of the foregoing details stated above and further discussions on the date of the hearing on this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day, on April 10, 2026, in Los Angeles, California.

/s/Tionna Carvalho

TIONNA CARVALHO

-4-

OSC DECLARATION

# EXHIBIT 1

| | | | | | |
|---|---|---|---|---|---|
| Shunk, Joseph v. FCA US, LLC. | 3:24-cv-01877-AJB-JLB | Paid 1/23/2025 | | $250 | 1/10/2025 Rabiya Tirmizi sanctioned: The Court concludes that the imposition of a $250 monetary sanction against Ms. Tirmizi for violation of the Court's October 16, 2024 Order Setting Early Neutral Evaluation and Case Management Conferences (ECF Nos. 3, 7, 9) is both reasonable and just. See Fed. R. Civ. P. 16(f)(1); CivLR 83.1(a). |
| Cardona, Tiffany v. FCA US, LLC. | 3:24-cv-01848-JAH-KSC | Paid 3/10/2025 | | $500 | 2/28/25 Rabiya Tirmizi sanctioned: Failure to secure client's participation at the ENE and failure to comply with related ENE orders |
| Mason, Christopher v. FCA US, LLC. | 3:24-cv-01849-DMS-KSC | 03/08/2025 | | $500 | Rabiya Tirmizi sanctioned: Failure to secure client's participation court ordered hearing |

| | | | | | |
|---|---|---|---|---|---|
| Cardona, Tiffany v. FCA US, LLC. | 3:24-cv-01848-JAH-KSC | Paid 3/10/2026 | | $500 | 2/28/25 Sanam masonVaziri sanctioned for failure to submit a response declaration to the OSC |
| Mason, Christopher v. FCA US, LLC. | 3:24-cv-01849-DMS-KSC | Paid 3/10/2025 | | $500 | 2/28/25 Sanam masonVaziri sanctioned for failure to submit a response declaration to the OSC |

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, 19th Floor, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

DECLARATION OF TIONNA CARVALHO IN RESPONSE TO ORDER TO SHOW CAUSE

on the interested parties in said case as follows:

Mark Skanes
ROSEWALDORF LLP
4100 W. Alameda Ave
Suite 300 PMB 1038
Burbank, California 91505

electronically upon the email address provided for Plaintiffs' counsel of record through the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

This declaration is executed in Los Angeles, California on April 10, 2026.

*/s/ Tionna Carvalho*

_____

Tionna Carvalho