Tionna G. Carvalho (SBN 299010)
e-mail : tcarvalho@slpattorney.com
Elizabeth A. LaRocque (SBN 219977)
e-mail: elarocque@slpattorney.com
**STRATEGIC LEGAL PRACTICES,**
**A PROFESSIONAL CORPORATION**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff,
SANTIAGO TALAVERA CASTRO

# UNITED STATES DISTRIC COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO, | Case No.: 5:24-CV-06274-NW |
| Plaintiff, | Judge: Hon. Noel Wise |
| vs. | **DECLARATION OF ELIZABETH A. LAROCQUE IN RESPONSE TO ORDER TO SHOW CAUSE** |
| FCA US LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint filed: July 31, 2024<br>Removal filed: September 5, 2024 |

DECLARATION OF ELIZABETH A. LAROCQUE IN RESPONSE TO ORDER TO SHOW CAUSE

## <u>DECLARATION OF ELIZABETH A. LAROCQUE</u>

I, ELIZABETH A. LAROCQUE, declare as follows:

1. I am over the age of 18 and not a party to the action. I am an attorney admitted to the Bar of the State of California and the United States District Court for the Northern District of California.  I am an attorney with Strategic Legal Practices, APC ("Strategic"), counsel of record for Plaintiff SANTIAGO TALAVERA CASTRO ("Plaintiff") in the above-entitled action.  My knowledge of the information and events described herein derives from a combination of my personal knowledge and a careful review of the file, relevant court records, and communications with others at Strategic Legal Practices, APC, and, if called as a witness, I could and would competently testify thereto.

2. I submit this declaration in response to the Court's Order to Show Cause ("OSC").

3. The Court issued its OSC on March 23, 2026, as to why the Parties did not timely comply with Court pre-trial deadlines, and why this case should not be dismissed for failure to prosecute.

4. Counsel that are listed as attorney for record for the Plaintiff are as follows:

    a. Tionna Carvalho – attorney of record upon removal on 9/5/24 (ECF 1).

    b. Sanam Vaziri – attorney of record upon removal on 9/5/24 (ECF 1). A Notice of Dissociation was filed for Ms. Vaziri on 1/23/25 (ECF 18) after she left Strategic.

    c. Elizabeth LaRocque – became an attorney of record on 9/12/24 with a Notice of Appearance.

    d. Rabiya Tirmizi – became an attorney of record on 5/5/25 with a Notice of Appearance (ECF 23).  On 3/31/26 a Notice of Change in

Counsel was filed when Ms. Tirmizi left Strategic thereby terminating her association as counsel or record (ECF 40).

    e. Larry Chae -became counsel of record on 3/23/26 by filing a Notice of Appearance (ECF 27).

    f. Dara Tabesh – became counsel of record on 3/23/26 by filing a Notice of Appearance (ECF 29).

5.    This matter was removed by Defendant FCA US LLC ("Defendant") from the Santa Clara Superior Court on September 5, 2024 (ECF 1). Shortly after removal I became aware of this case.

6.    The case was originally assigned to the Honorable P. Casey Pitts. It was reassigned to Your Honor on February 4, 2025 (ECF 19).

7.    I coordinated with Defendant's counsel to prepare the Joint Case Management Statement, which was timely filed on November 17, 2024, and then again on March 17, 2025, after reassignment of the case. Ms. Tirmizi attended the Initial Case Management Conference. The Scheduling Order was issued on May 6, 2025 (ECF 25). The Final Pretrial Conference was set for April 1, 2026.

8.    Prior to the pretrial deadlines, I was actively working with opposing counsel to complete discovery. The Parties exchanged written discovery. The Parties worked together to schedule deposition on mutually agreeable dates. Due to the high volume of cases and relative scarcity of Rule 30(b) (6) witnesses and experts to attend the vehicle inspection, there was ongoing communication between the Parties to try to arrange the same and reschedule after cancellations. Thus, the Parties have been actively pursuing this matter and were actively engaged in discovery.

9.    The deadline to complete ADR was set for August 15, 2026 (ECF 25). The Parties engaged in mediation with Grant Woodruff on August 13, 2025. The mediation did not result in a settlement offer. Defendant did provide a Rule 68 offer on or around March 24, 2026, which did not result in settlement.

DECLARATION OF ELIZABETH A. LAROCQUE IN RESPONSE TO ORDER TO SHOW CAUSE

10.    Prior to the pretrial deadlines, I was actively working with opposing counsel to complete discovery. Due to the high volume of cases and relative scarcity of Rule 30(b) (6) witnesses and experts to attend the vehicle inspection, there was frequent communication between the Parties to try to arrange the same and reschedule after cancellations.  Thus, the Parties have been actively pursuing this matter and were actively engaged in the discovery process.

11.    Due to the April 1, 2026, date of the Final Pretrial Conference, I believed the trial team was actively handling this matter in preparation for trial. However, on March 19, 2026, I received an email from opposing counsel indicating that we had missed the deadline to file the Pretrial Statement. I immediately forwarded that email to Mr. Chae to bring the issue to his attention so that he could address it as I knew Mr. Chae was lead trial attorney in this matter. It is my understanding that Mr. Chae did in fact immediately reach out to opposing counsel to prepare the pretrial documents.

12.    I am assigned to handle a matter from the time it is removed to federal court through the end of fact discovery. Thereafter, the matter gets assigned to the trial team for expert discovery, preparation of trial documents and to attend the pretrial conference and trial.  It was my understanding and belief that the trial team was preparing the pretrial documents as required.

13.    I have been subject to the following sanctions:

a. *Linda Lee, et al. v. Jaguar Land Rover North America, LLC; 3:23-cv-027737-AMO.*  I was sanctioned on November 14, 2024, in the Northern District of California in the amount of $250.00.  The sanction was timely paid on November 20, 2024.

b. *Tiffany Cardona v. FCA US LLC; Case No. 3:24-cv-01848-JAH-KSC.*  I was sanctioned on February 28, 2025, in the Southern District of California in the amount of $500.00.  The sanction was timely paid on March 10, 2025.

DECLARATION OF ELIZABETH A. LAROCQUE IN RESPONSE TO ORDER TO SHOW CAUSE

c. *Christopher Mason, et al v. FCA US LLC*; Case No. 3:24-cv-01849-DMS-KSC. I was sanctioned on February 28, 2025, in the Southern District of California in the amount of $250.00. The sanction was timely paid on March 10, 2025. The Court indicated it had concerns that plaintiff's counsel's handling of the matter amounts to a breach of professional responsibility.

d. *Indiana Bastain v. FCA US LLC; Case No. 3:24-cv-06777-AMO.* I was sanctioned on March 19, 2026, in the Northern District of California for failing to file a Joint Status Report re ADR, in the amount of $750.00. The sanction was timely paid on April 2, 2026.

e. *Jesus Sanchez v. Ford Motor Company; Case No. 3:24-cv-07561-AMO.* The court issued an OSC in the Northern District of California and on March 26, 2026, after hearing, indicated that the Court would issue an Order re sanctions. No such Order has issued as of this date.

14. Upon my review of the files, I do not believe that I have personally been subject to any sanctions other than those set forth above.

15. I have since resigned from my position with SLP effective April 13, 2026.

16. I apologize to the Court for the failure to timely file the pretrial documents, and I would respectfully request the Court discharge the OSC re sanctions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day, on April 10, 2026.

*/s/ Elizabeth A. LaRocque*
ELIZABETH A. LAROCQUE

4

DECLARATION OF ELIZABETH A. LAROCQUE IN RESPONSE TO ORDER TO SHOW CAUSE

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, Floor 19, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**DECLARATION OF ELIZABETH A. LAROCQUE IN RESPONSE TO ORDER TO SHOW CAUSE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on April 10, 2026.

By: */s/ Elizabeth Larocque*
Elizabeth A. LaRocque

DECLARATION OF ELIZABETH A. LAROCQUE IN RESPONSE TO ORDER TO SHOW CAUSE