**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CAIFORNIA**

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC,<br><br>Defendant. | CASE NO.: 5:24-cv-06274-NW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR 30-DAY EXTENSION OF TIME TO COMPLY WITH THE COURT'S REQUEST FOR ADDITIONAL INFORMATION AND TO CONTINUE THE ORDER TO SHOW CAUSE HEARING**<br><br>Judge: Hon. Noel Wise |

1

**<u>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR 30-DAY EXTENSION OF TIME TO COMPLY WITH THE COURT'S REQUEST FOR ADDITIONAL INFORMATION AND TO CONTINUE THE ORDER TO SHOW CAUSE HEARING</u>**

The Court, having reviewed and considered Plaintiff's Ex Parte Application for 30-Day Extension of Time to Comply with the Court's Request for Additional Information And To Continue the Order To Show Cause, the supporting and opposing papers, the pleadings and records on file, and the arguments presented, finds good cause to grant Plaintiffs' Ex Parte Application.  Plaintiff's deadline to comply with the Court's April 28, 2026 Order.  The hearing in connection to the order to show cause currently set for May 6, 2026 will be continued until _____.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Noel Wise
United States District Judge
Northern District of California

2