# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CAIFORNIA

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO, | CASE NO.: 5:24-cv-06274-NW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR 30-DAY EXTENSION OF TIME TO COMPLY WITH THE COURT'S REQUEST FOR ADDITIONAL INFORMATION AND TO CONTINUE THE ORDER TO SHOW CAUSE HEARING** |
| FCA US, LLC, | |
| Defendant. | |
| | Judge: Hon. Noel Wise |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR 30-DAY
EXTENSION OF TIME TO COMPLY WITH THE COURT'S REQUEST

**<u>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR</u>**

**<u>30-DAY EXTENSION OF TIME TO COMPLY WITH THE COURT'S</u>**

**<u>REQUEST FOR ADDITIONAL INFORMATION AND TO CONTINUE</u>**

**<u>THE ORDER TO SHOW CAUSE HEARING</u>**

The Court, having reviewed and considered Plaintiff's Ex Parte Application for 30-Day Extension of Time to Comply with the Court's Request for Additional Information And To Continue the Order To Show Cause, the supporting and opposing papers, the pleadings and records on file, and the arguments presented, finds good cause to grant Plaintiffs' Ex Parte Application.  Plaintiff's deadline to comply with the Court's April 28, 2026 Order.  ~~The hearing in connection to the order to show cause currently set for May 6, 2026 will be continued until~~ _____.

Granted as Modified. Plaintiff's counsel has been aware of the Court's Order since the April 22, 2026 hearing, eight days ago. The Court ruled from the bench and outlined specifically, among other things, exactly what Mr. Shahian was ordered to provide to the Court by declaration by no later than May 1, 2026.  Multiple colleagues of Mr. Shahian were present in Court and took notes.  Further, Mr. Shahian need not provide sanction information about every counsel with whom he has ever worked; instead Mr. Shahian is only obligated to provide information regarding every counsel who was sanctioned while working at SLP, the firm Mr. Shahian founded and serves as the managing partner of.  As a courtesy, given Mr. Shahian's family concerns, the Court grants Mr. Shahian an extension until May 5, 2026; by no later than close of business on Tuesday, May 5, 2026, Mr. Shahian must file a declaration that fully complies with the Court's Order.

**IT IS SO ORDERED.**

Dated: April 30, 2026

_____
Honorable Noel Wise
United States District Judge
Northern District of California

2