Larry Chae (SBN 268979)
lchae@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Dara Tabesh (SBN 230434)
dara.tabesh@ecotechlaw.com
ECOTECH LAW GROUP, P.C.
5 Third Street, Suite 700
San Francisco, CA 94103
Telephone: (415) 503-9164
Facsimile: (415) 651-8639

Attorneys for Plaintiff, SANTIAGO TALAVERA CASTRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC,<br><br>Defendant. | CASE NO.  5:24-cv-06274-NW<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE SHOW CAUSE HEARING BY AT LEAST ONE DAY**<br><br>Judge: Hon. Noel Wise |

1

PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE SHOW CAUSE HEARING
BY AT LEAST ONE DAY

Plaintiff Santiago Talavera Castro respectfully submits this Ex Parte Application to Continue Show Cause Hearing By At Least One Day pursuant to Federal Rule of Civil Procedure 6(b) and 6(c)(1)(C).

Plaintiff appreciates that the Court has ruled on his prior request for an extension of time to comply with the show cause order—and permitted a five day extension without cancelling the hearing date.  Dkt. No. 74.  Plaintiff requests now only to continue the hearing date for even a short period—even if the date to provide a declaration responding to the show cause order remains the same.

The "non-rigorous" good cause standard is satisfied here.  *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) ("[R]equests for extensions of time made before the applicable deadline has passed should 'normally … be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'")  Plaintiff's request for a one-day continuance will not cause prejudice to the other side—and may provide the Court additional time to review the materials Plaintiff will submit on May 5.

In contrast, appearing in this Court's San Jose courthouse on May 6 will be very challenging for Plaintiff's counsel.  Mr. Shahian's father remains hospitalized at Cedars-Sinai Medical Center in Los Angeles, California and Mr. Shahian has a meeting with  his father's lead physician on the same date—records for which Plaintiff is ready, willing, and able to submit to the Court under seal or in camera upon request. (Shahian Decl., ¶ 3.)  A continuance of the hearing for even a single day would allow Mr. Shahian to collaborate with his father's lead physician regarding his father's care and  hospitalization while also allowing him to attend show cause hearing before this Court.  (*Id.*, ¶ 4.)

Mr. Shahian apologizes for the inconvenience these extension applications have posed on the Court.  But, for these reasons, Plaintiff respectfully requests to continue the hearing date for at least the one day requested.  Barring an emergency

PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE ORDER TO SHOW CAUSE HEARING BY AT LEAST ONE DAY

regarding my father's hospitalization, Plaintiff will not seek further continuances of the show cause hearing.  (Shahian Decl., ¶ 5.)

Date: May 1, 2026

ECOTECH LAW GROUP, PC
  Dara Tabesh

By:  */s/ Dara Tabesh*
  Dara Tabesh
  Attorney for Plaintiff Santiago Talavera Castro

3