Larry Chae, Bar No. 268979
lchae@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Dara Tabesh, Bar No. 230434
dara.tabesh@ecotechlaw.com
ECOTECH LAW GROUP, P.C.
5 Third Street, Suite 700
San Francisco, California 94103
Telephone: (415) 503-9164
Facsimile: (415) 651-8639

Attorneys for Plaintiff, SANTIAGO TALAVERA CASTRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC,<br><br>Defendant. | Case No: 5:24-cv-06274-NW<br><br>**DECLARATION OF PAYAM SHAHIAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE SHOW CAUSE HEARING BY AT LEAST ONE DAY**<br><br>Judge: Hon. Noel Wise |

1

DECLARATION OF PAYAM SHAHIAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE SHOW CAUSE HEARING BY AT LEAST ONE DAY

I, Payam Shahian, declare as follows:

1.    I am over the age of 18 years and not a party to the action.  I am the Founding and Managing Partner of Strategic Legal Practices, APC ("Strategic" or "SLP"), which is counsel of record for plaintiff Santiago Talavera Castro ("Plaintiff").  The following is based on my personal knowledge.

2.    I submit this declaration in support of "Plaintiff's Ex Parte Application to Continue the Show Cause Hearing by At Least One Day."

3.    Appearing at this Court's San Jose courthouse on May 6, 2026 as the show cause order requires, will be very challenging for me.  My father remains hospitalized at Cedars-Sinai Medical Center in Los Angeles, California and I am scheduled to meet my father's lead physician on the same date—records for which I am ready, willing, and able to submit to the Court under seal or in camera upon request.

4.    A continuance of the hearing for even a single day would allow me to collaborate with my father's lead physician while also allowing me to attend the show cause hearing, or alternatively, to allow me to attend the hearing remotely but my preference is to appear in person before this Court.

5.    I apologize for the inconvenience these extension applications have posed on the Court—and, if ordered to do so, will attend the show cause hearing in person on May 6.  But for these reasons, I believe there is good cause for and would greatly appreciate even a one-day continuance to the May 6 hearing. Barring any other emergencies regarding my father's hospitalization, no further continuances of the show cause hearing will be requested.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

2

DECLARATION OF PAYAM SHAHIAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE SHOW CAUSE HEARING BY AT LEAST ONE DAY

Executed on May 1, 2026 in Los Angeles, California.

/s/Payam Shahian

Payam Shahian

DECLARATION OF PAYAM SHAHIAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE SHOW CAUSE HEARING BY AT LEAST ONE DAY