# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CAIFORNIA

SANTIAGO TALAVERA CASTRO,

    Plaintiff,

v.

FCA US, LLC,

    Defendant.

CASE NO.: 5:24-cv-06274-NW

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE SHOW CAUSE HEARING BY AT LEAST ONE DAY**

Judge: Hon. Noel Wise

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE SHOW CAUSE HEARING BY AT LEAST ONE DAY**

## ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE SHOW CAUSE HEARING BY AT LEAST ONE DAY

The Court, having reviewed and considered **PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE SHOW CAUSE HEARING BY AT LEAST ONE DAY**, the supporting and opposing papers, the pleadings and records on file, and the arguments presented, finds good cause to grant Plaintiffs' Ex Parte Application.  The hearing in connection to the order to show cause currently set for May 6, 2026 will be continued until _____.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Noel Wise
United States District Judge
Northern District of California

2

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE SHOW CAUSE HEARING BY AT LEAST ONE DAY**