Payam Shahian (SBN 228496)
pshahian@slpatorney.com
Larry Chae (SBN 268979)
lchae@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Dara Tabesh (SBN 230434)
dara.tabesh@ecotechlaw.com
**ECOTECH LAW GROUP, P.C.**
5 Third Street, Suite 700
San Francisco, CA 94103
Telephone: (415) 503-9164
Facsimile: (415) 651-8639

Attorneys for Plaintiff, SANTIAGO TALAVERA CASTRO

Glen F. Olives (SBN 196854)
GOlives@rosewaldorf.com
Michael J. Mehall (SBN 185959)
mmehall@rosewaldorf.com
calimail@rosewaldorf.com
**ROSEWALDORF LLP**
4100 W. Alameda Ave
Suite 300 PMB 1038
Burbank, California 91505
Telephone: (518) 869-9200
Facsimile: (518) 869-3334

Attorneys for Defendant FCA US, LLC

**UNITED STATES DISTRICT COURT**

**NORTHER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO, <br><br> Plaintiff, <br><br> vs. <br><br> FCA US LLC; and DOES 1 through 10, inclusive,        Defendant. | CASE NO.: 5:24-cv-06274-NW <br><br> Judge: Hon. Noel ise <br><br> **JOINT STIPULATION TO ADVANCE OSC HEARING; [PROPOSED] ORDER** |

-1-

JOINT STIPULATION TO ADVANCE OSC HEARING

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between Plaintiff Santiago Talavera Castro ("Plaintiff") and Defendant FCA US, LLC ("Defendant" or "FCA") (collectively, the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, on April 28, 2026, the Court filed an Order Imposing Sanctions and Continuing Order to Show Cause as to Plaintiff and Plaintiff's Counsel, ordering, consistent with its prior oral order at the April 22, 2026 Order to Show Cause ("OSC") Hearing and among other orders, the Parties to appear at a continued OSC Hearing and a pre-trial conference on May 6, 2026, at 1:30 pm, and for Plaintiff's Counsel, Payam Shahian, to prepare and file a declaration providing certain information about sanctions issued against Mr. Shahian, and/or his firm, Strategic Legal Practices, APC, with the declaration to be filed by May 1, 2026 (Dkt. No. 66);

WHEREAS, on April 30, 2026, Plaintiff filed an Ex Parte Application asking the Court for additional time to comply with its April 28 Order as to Mr. Shahian's declaration and to continue the May 6 hearing date (Dkt. No. 73);

WHEREAS, on April 30, 2026, the Court granted, as modified, Plaintiff's application, continuing the deadline to file Mr. Shahian's Declaration to May 5, 2026, but keeping the same May 6, 2026 Continued OSC Hearing date (Dkt. No. 74);

WHEREAS, on May 1, 2026, Plaintiff filed an Ex Parte Application asking the Court to continue the hearing date on the May 6, 2026 OSC hearing by at least one day to account for Plaintiff's counsel Payam Shahian's scheduling conflicts due to personal matters (Dkt. No. 79);

WHEREAS, on May 1, 2026, the Court provided the Parties three options to advance the OSC hearing date, including as one option the option to advance the date to May 5, 2026 (with the Court indicating it is available any time that day, and that Mr. Shahian should bring his declaration to the hearing on that date), and for the parties to meet and confer on the option they choose and to file a joint stipulation regarding the same (Dkt. No. 86);

WHEREAS, the parties met and conferred and agreed to advance the hearing to May 5, 2026, at 2:30 pm;

IT IS HEREBY STIPULATED by and between the Parties, through their counsel of record, that the Parties' May 6, 2026 continued OSC hearing be advanced to May 5, 2026, at 2:30 pm.

DATED:  May 4, 2026                    ECOTECH LAW GROUP, P.C.
                                       By      /s/ Dara Tabesh____
                                               Dara Tabesh
                                               Attorneys for Plaintiff

DATED:  May 4, 2026                    ROSEWALDORF LLP
                                       By      /s/  Glen F. Olives_____
                                               Glen F. Olives
                                               Attorneys for Defendant


### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Parties' Continued Hearing on Order to Show Cause be advanced to May 5, 2026, at 2:30 pm.

Dated:  May 4, 2026                    _____
                                       The Honorable Noel Wise
                                       United States District Judge

-3-
JOINT STIPULATION TO ADVANCE OSC HEARING

## SIGNATURE ATTESTATION

I hereby attest that the other signatory to this document has authorized submission of the document on his behalf.


Dated: May 04, 2026                    By:  /s/ Dara Tabesh
                                            Dara Tabesh
                                            Attorneys for Plaintiff

-5-