# EXHIBIT A

| Case Information | Attorney(s) Sanctioned | Amount of Sanction | Date of Sanction | Date of Payment |
|---|---|---|---|---|
| *Bastain v. FCA US, LLC*<br><br>3:24-cv-06777-AMO, N.D. Ca. | David Lunn | $500 | Jul. 16, 2025 | April 1, 2026 |
| *Bastain v. FCA US, LLC*<br><br>3:24-cv-06777-AMO, N.D. Ca. | Elizabeth LaRocque | $750 | Mar. 19, 2026 | Apr. 2, 2026 |
| *Cardona v. FCA US, LLC*<br><br>3:24-cv-01848-JAH-KSC, S.D. Cal. | Tionna Carvalho<br>Rabiya Tirmizi<br>Elizabeth LaRocque<br>Sanam Vaziri | $500 Each | Feb. 28, 2025 | Mar. 10, 2025 |
| *Castro v. FCA US, LLC*<br><br>5:24-cv-06274-NW, N.D. Cal. | Tionna Carvalho<br>Rabiya Tirmizi<br>Elizabeth LaRocque<br>Larry Chae<br>SLP/Shahian | $3,000 (Carvalho)<br>$1,500 (Tirmizi)<br>$750 (LaRocque)<br>$500 (Chae)<br>OSC (SLP/Shahian) | Apr. 28, 2026 | April 27, 2026 |
| *Chapman v. FCA US, LLC*<br><br>2:25-cv-07336-SB-SK; C.D. Cal. | David Lunn<br>SLP | $1,500 (Lunn)<br>$10,000 (SLP) | Mar. 26, 2026 | Apr. 13, 2026 |

| Case Information | Attorney(s) Sanctioned | Amount of Sanction | Date of Sanction | Date of Payment |
|---|---|---|---|---|
| | *Reported to CA State Bar on Apr. 17, 2026 | | | |
| *De La Cruz v. FCA US, LLC*<br><br>5:25-cv-00110-KK-SP, C.D. Cal. | David Lunn | $500 | Sept. 26, 2025 | October 8, 2025 |
| *Lee v. Jaguar Land Rover*<br><br>3:23-cv-02737-AMO, N.D. Cal. | Tionna Carvalho<br><br>Elizabeth LaRocque | $250 Each | Nov. 14, 2024 | Nov. 20, 2024 |
| *Lopez v. Ford Motor Co.*<br><br>5:24-cv-02155-BLF, N.D. Cal. | Rabiya Tirmizi<br><br>SLP | $500 (joint) | Mar. 19, 2026 | April 3, 2026 |
| *Mason v. FCA US, LLC*<br><br>3:24-cv-01849-DMS-KSC, S.D. Cal. | Tionna Carvalho<br><br>Rabiya Tirmizi<br><br>Elizabeth LaRocque<br><br>Sanam Vaziri | $250 (LaRocque)<br><br>$500 Each (Carvalho, Tirmizi, Vaziri) | Feb. 28, 2025 | Mar. 10, 2025 |
| *Murillo v. FCA US, LLC*<br><br>*22-cv-3970-PA-PDx,* C.D. Cal. | Tionna Dolin/Carvalho<br><br>Ariel Harman-Holmes<br><br>Nino Sanaia | N/A- Case dismissed without prejudice for counsel's failure to file pretrial documents. However, the court later entered judgment | May 8, 2023 | No payment of monetary sanctions required or made |

| Case Information | Attorney(s) Sanctioned | Amount of Sanction | Date of Sanction | Date of Payment |
|---|---|---|---|---|
| | | pursuant to Rule 68 Offer. | | |
| *Roper v. Ford Motor Co.* 3:25-cv-01254-RBM-KSC, S.D. Cal. | Tionna Carvalho | $750 | Sept. 5, 2025 | Sept. 8, 2025 |
| *Sanchez v. Ford Motor Co.* 3:24-cv-07561-AMO, N.D. Cal. | Elizabeth LaRocque SLP | Warning Only (LaRocque) $600 (SLP) | Apr. 13, 2026 | April 15, 2026 |
| *Shunk v. FCA US, LLC* 3:24-cv-01877-AJB-JLB, S.D. Cal. | Rabiya Tirmizi | $250 | Jan. 10, 2025 | January 23, 2025 |
| *Wilson v. FCA, US, LLC* 2:20-cv-00720-JAM-EFB, E.D. Cal. | Tionna Dolin/Carvalho | $250 | Aug. 25, 2020 | August 26, 2020 |