UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO TALAVERA CASTRO,

Plaintiff,

v.

FCA US, LLC,

Defendant.

Case No. 24-cv-06274-NW

**ORDER CONTINUING ORDER TO SHOW CAUSE**

Re: ECF No. 66

On May 5, 2026, the Court held an Order to Show Cause hearing, with Plaintiff's counsel, Payam Shahian and Larry Chae, and Defendant's counsel, Glen Olives, present. *See* Order to Show Cause, ECF No. 66. The Court reviewed the Response to the Order to Show Cause filed by Mr. Shahian earlier the same day. ECF No. 93.

As the Court noted on the record, Mr. Shahian's Response was insufficient, and failed to comply with the Court's April 22, 2026 Order issued on the record during the previous hearing, which was further memorialized in a April 28, 2026 written Order.

The Court maintained the Order to Show Cause, ECF No. 66, with minor amendments. Specifically, Mr. Shahian is further ORDERED to:

- File an updated Response to the Order to Show Cause, ECF No. 66, **by June 22, 2026**;
    - Include in his declaration when his firm last took on a new client prior to the May 5, 2026 hearing;
    - Update the chart filed as an attachment to his Response, ECF No. 93, Ex. A, to include all instances in the last five years of when a court, either state or federal, sanctioned any attorney for conduct that occurred during the time that attorney worked for SLP, including all current and former attorneys, and must

indicate in the chart whether the sanction was reportable to the State Bar, and if so, the date the sanction was required to be reported.

o   Update his declaration to initially repeat, verbatim, each of the 8 categories listed in the Court's Order (which begin on page 8), and then follow each quoted category with his response, in chart form as applicable.

* * *

The Court continues the Order to Show Cause hearing as to Plaintiff and Plaintiff's counsel to **July 14, 2026, at 2:00 p.m.**  Mr. Shahian is required to appear in person.

The Court additionally sets a pre-trial conference for the same date and time.  Trial counsel for both parties are required to appear in person.

**IT IS SO ORDERED.**

Dated: May 6, 2026

_____

Noël Wise
United States District Judge