Breana Rucker (SBN: 353946)
brucker@slpattorney.com
**Strategic Legal Practices**
**A Professional Corporation**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
emailservices@slpattorney.com

Attorneys for Plaintiff,
SANTIAGO TALAVERA CASTRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO, | Case No.: 5:24-cv-06274-NW |
| Plaintiff, | *Case Initiated: July 31, 2024* |
| vs. | Judge: Hon. Noel Wise |
| FCA US, LLC; and DOES 1 through 10, inclusive, | **PLAINTIFF'S NOTICE OF PAYMENT OF SANCTIONS** |
| Defendant(s). | |

**PLAINTIFF'S NOTICE OF PAYMENT OF SANCTIONS**

Plaintiff Santiago Talaveras-Castro ("Plaintiff") hereby provides notice that payment of Seven Hundred Fifty Dollars ($750.00) in sanctions as ordered by the Court on April 22, 2026, on behalf of Larry Chae (*minute order attached hereto as, **Exhibit A** and a copy of the delivery receipt attached hereto as, **Exhibit B**) was made on April 27, 2026.

Plaintiff also provides notice that payment of Three Thousand Dollars ($3,000.00) in monetary discovery sanctions as ordered by the Court on April 22, 2026, on behalf of Tionna Carvalho (*minute order attached hereto as, **Exhibit A** and a copy of the delivery receipt attached hereto as, **Exhibit B**) was made on April 27, 2026.

Plaintiff also provides notice that payment of One Thousand Five Hundred Dollars ($1.500.00) in monetary discovery sanctions as ordered by the Court on April 22, 2026, on behalf of Rabiya Tirmizi (*minute order attached hereto as, **Exhibit A** and a copy of the delivery receipt attached hereto as, **Exhibit B**) was made on April 27, 2026.

Plaintiff also provides notice that payment of Nine Hundred Fifty Dollars ($950.00) in monetary discovery sanctions as ordered by the Court on April 22, 2026, on behalf of Elizabeth Laroque (*minute order attached hereto as, **Exhibit A** and a copy of the delivery receipt attached hereto as, **Exhibit B**) was made on April 27, 2026.

Dated: May 15, 2026         STRATEGIC LEGAL PRACTICES, APC

BY: * /s/ Breana Rucker*
_____
　　BREANA RUCKER
　　Attorney for Plaintiff
　　SANTIAGO TALAVERA CASTRO

STRATEGIC LEGAL PRACTICES, APC
1888 CENTURY PARK EAST, 19TH FLOOR, LOS ANGELES, CA 90067

**PLAINTIFF'S NOTICE OF PAYMENT OF SANCTIONS**

# Exhibit A

Larry Chae (SBN 268979)
Email: lchae@slpattorney.com
**STRATEGIC LEGAL PRACTICES**
1888 Century Park East, 19th Floor
Los Angeles, CA  90067
Telephone:  (310) 929-4900
Facsimile:(310) 943-3838

Dara Tabesh (SBN 230434)
Email: dará.tabesh@ecotechlaw.com
ECOTECH LAW GROUP, P.C.
5 Third Street, Suite 700
San Francisco, CA 94103
Telephone: (415) 503-9164
Facsimile: (415) 651-8639

Attorneys for Plaintiff, SANTIAGO TALAVERA CASTRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC,<br><br>Defendant. | Case No.: 5:24-CV-06274-NW<br>*Judge: Hon. Noel Wise*<br><br>**SUPPLEMENTAL DECLARATION OF LARRY CHAE IN RESPONSE TO THE COURTS' APRIL 1, 2026, ORDER TO SHOW CAUSE** |

1

DECLARATION OF LARRY CHAE

I, LARRY CHAE, declare as follows:

1.    I am an attorney at law, duly admitted to practice law in the State of California and before this Court. I am employed by STRATEGIC LEGAL PRACTICES, APC ("SLP"), the counsel of record for Plaintiff SANTIAGO TALAVERA CASTRO ("Plaintiff") in this action. My knowledge of the information and events described herein is derived from my personal knowledge, a careful review of the file and relevant court records, and communication with other counsel for Plaintiff. If called as a witness, I could and would testify competently thereto.

2.    In response to the Court's April 20, 2026 Order for a supplemental declaration concerning any sanctions imposed against me, I identify the following instances:

| Case | Case Number | Hearing Date | Judge | Sanction Amount | Basis |
|---|---|---|---|---|---|
| Livingston, Richard v. American Honda Motor Co., Inc. | 30-2023-01326663-CU-BC-CJC | 2/13/2026 | Hon. Carmen Luege | $500 | Failure to prosecute and failure to file an ex parte seeking trial continuance against both counsel |
| Ramirez, Cristal v. American Honda Motor Co., Inc. | 24TRCV00267 | 4/17/2026 | Hon. David K. Reinert | Non-monetary: referral to California State Bar | Failure to appear for trial and act with due candor to the Court; OSC formally discharged but the Court ordered referral per judicial canon 3(D)(2). |

DECLARATION OF LARRY CHAE

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  April 21, 2026

___/s/ Larry Chae_____
LARRY CHAE

DECLARATION OF LARRY CHAE

# Exhibit B

**FedEx**

April 28, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 871140293997

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | M.Gvatua | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | SAN JOSE, CA, |
| | | **Delivery date:** | Apr 28, 2026 11:42 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 871140293997 | **Ship Date:** | Apr 27, 2026 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**

SAN JOSE, CA, US,

**Shipper:**

Los Angeles, CA, US,

**Reference**        T. Castro S877331 Sanction

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx