## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** CALIFORNIA NORTHERN DISTRICT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 24-cv-06274-NW

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: September 5, 2024 (removal)

Date of judgment or order you are appealing: April 28, 2026; May 6, 2026

Docket entry number of judgment or order you are appealing: 66, 95

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Payam Shahian; Strategic Legal Practices, APC

Is this a cross-appeal?  ○ Yes    ⦿ No

If yes, what is the first appeal case number? N/A

Was there a previous appeal in this case?  ○ Yes    ⦿ No

If yes, what is the prior appeal case number? N/A

Your mailing address (if pro se):

N/A

City:                State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/ *Joseph V. Bui*    **Date** May 18, 2026

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                        *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Payam Shahian; Strategic Legal Practices, APC

Name(s) of counsel (if any):

Greines, Martin, Stein & Richland LLP, for the limited purpose of filing the notice of appeal and forthcoming stay request.

Address: 6420 Wilshire Blvd, Suite 1100, Los Angeles, CA 90048

Telephone number(s): (310) 859-7811

Email(s): ctobisman@gmsr.com; jbui@gmsr.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

FCA US, LLC; United States District Court, Northern District of California; Hon. Noël Wise

Name(s) of counsel (if any):

Rose Waldorf LLP

Address: 4100 West Alameda Ave, Suite 300, PMB 1038, Burbank, CA 91505

Telephone number(s): (518) 869-9200

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                 *2*                        *New 12/01/2018*