# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br><br>Plaintiff,<br><br><br>vs.<br><br><br>FCA US, LLC,<br><br>Defendant. | CASE NO. 5:24-cv-06274-NW<br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S EX PARTE APPLICATION TO STAY COURT'S SHOW-CAUSE ORDERS PENDING APPEAL AND WRIT**<br><br>Judge: Hon. Noël Wise |

1

[PROPOSED] ORDER GRANTING EX PARTE APPILCATION

Plaintiff's Counsel's Ex Parte Application to Stay Court's Show-Cause Orders Pending Appeal and Writ is Granted.

**IT IS SO ORDERED.**

Dated:

_____
Hon. Noël Wise
United States District Judge

2

[PROPOSED] ORDER GRANTING EX PARTE APPILCATION