Larry Chae (SBN 268979)
lchae@slpattorney.com
emailservices@slpattorney.com
**Strategic Legal Practices, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900 / Fax: (310) 943-3838

Dara Tabesh (SBN 230434)
E-mail: dara.tabesh@ecotechlaw.com
**EcoTech Law Group, P.C.**
5 Third Street, Suite 700
San Francisco, CA 94103
Telephone: (415) 503-9164
Facsimile: (415) 651-8639

Attorneys for Plaintiff SANTIAGO TALAVERA CASTRO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -  SAN JOSE DIVISION

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br>            Plaintiff,<br>     vs.<br><br>FCA US, LLC,<br><br><br>       Defendants. | Case No. 5:24-cv-06274-NW<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Noel Wise |

PROPOSED ORDER

**[PROPOSED] ORDER**

Plaintiff Santiago Talavera Castro's Ex Parte Application for 15-Day Extension of Time to Comply with the Court's May 6, 2026 Order ("Ex Parte Application") is before this Court. After considering the papers submitted in support of and in opposition to the Ex Parte Application, and good cause appearing, IT IS ORDERED THAT Plaintiff be granted a 15-day extension to reply to the Court's May 6, 2026 Order, which will now be due on July 7, 2026.


Dated:

_____
Hon.  Noel Wise
United States District Judge
Northern District of California