UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br><br>    Plaintiff,<br><br>and<br><br>PAYAM SHAHIAN, Attorney, counsel for plaintiff and STRATEGIC LEGAL PRACTICES, APC, counsel for plaintiff,<br><br>    Appellants,<br><br>  v.<br><br>FCA US, LLC, a corporation,<br><br>    Defendant - Appellee. | No. 26-3280<br><br>D.C. No.<br>5:24-cv-06274-NW<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: SILVERMAN and CALLAHAN, Circuit Judges.

The emergency motion (Docket Entry No. 11) to stay is denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

The existing briefing schedule remains in effect.