**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br>Plaintiff,<br>vs.<br>FCA US, LLC,<br>Defendant(s). | Case No.: 5:24-CV-06274-NW<br>*Judge: Hon. Noel Wise*<br><br>**~~[PROPOSED]~~ JUDGMENT** |

The Court, having considered Plaintiff SANTIAGO TALAVERA CASTRO's Notice of Acceptance of Federal Rule of Civil Procedure, Rule 68 Offer of Judgment, finds as follows:

1. Plaintiff SANTIAGO TALAVERA CASTRO timely accepted Defendant FCA US, LLC's Federal Rule of Civil Procedure, Rule 68 Offer of Judgment on July 13, 2026.

WHEREFORE, by virtue of the law and by reason of the premises aforesaid, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is granted and

shall be entered in favor of Plaintiff SANTIAGO TALAVERA CASTRO, and against Defendant FCA US LLC, in the amount of $15,000.00.

DATED: July 20, 2026

Hon. Noel Wise
United States District Judge