Larry Chae (SBN 268979)
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310) 929-4900
Fax: (310) 943-3838
lchae@slpattorney.com

Attorneys for Plaintiff SANTIAGO TALAVERA CASTRO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTIAGO TALAVERA CASTRO,<br>Plaintiff,<br>vs.<br>FCA US, LLC,<br>Defendant(s). | Case No.: 5:24-CV-06274-NW<br>*Judge: Hon. Noel Wise*<br><br>**NOTICE OF SATISFACTION OF SANCTIONS** |

TO THE COURT AND DEFENDANT, BY AND THROUGH ITS COUNSEL OF RECORD:

Please take notice that counsel for Plaintiff SANTIAGO TALAVERA CASTRO hereby provides notice that payment in the amount of $25,000.00 has been tendered (on August 12, 2026) to the Court in accordance with the Court's Order of July 17, 2026.

DATED: August 19, 2026

**STRATEGIC LEGAL PRACTICES, APC**

*/s/ Larry Chae*
LARRY CHAE
Attorney for Plaintiff SANTIAGO TALAVERA CASTRO

# EXHIBIT A

# EXHIBIT B

# EXHIBIT C